**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David William LINDER, a/k/a Dr. Benway, Defendant–Appellant.**

**No. 11–6045.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 6, 2011.

David William Linder, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David William Linder appeals the district court's order dismissing for lack of jurisdiction his various motions attacking his conviction. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Linder's informal brief does not challenge the basis for the district court's disposition, Linder has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. Further, we deny Linder's motion to certify a question to the United States Supreme Court and for copies of filings in his direct appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*